■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CARTER, Appellant. [913 NYS2d 119]—Motion for writ

of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.